MALLARY, INC., Individually, and on Behalf of All Other Persons Similarly Situated, Appellant, *v.* CITY OF NEW ROCHELLE, Respondent. (Action No. 2.)

Submitted May 14, 1945; decided May 24, 1945.

*Irving A. Rubin* for motion.

*Aaron Simmons, Corporation Counsel (John A. Bodmer* of counsel), opposed.

Motion denied, with $10 costs and necessary printing disbursements on the ground that an appeal lies as of right.

In the MATTER OF ARMAND SCHMOLL, INC., Appellant, against FEDERAL RESERVE BANK OF NEW YORK, Respondent.

Submitted May 14, 1945; decided May 24, 1945.

Motion by appellant for reargument denied, with $10 costs and necessary printing disbursements. [See 286 N. Y. 503.]